IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY ANN ROBERTSON,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant | No. C14-2005<br><br>ORDER GRANTING APPLICATION<br>FOR ATTORNEY FEES |

This matter comes before the Court on the Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (docket number 20) filed by the Plaintiff on February 5, 2015, and the Response (docket number 21) filed by the Defendant on February 17. Plaintiff requests that the Court order attorney fees in the amount of $4,026.24, and costs in the amount of $400. According to the response, Defendant "has no objection to plaintiff's request." The Court finds the application should be granted.

## ORDER

IT IS THEREFORE ORDERED that Plaintiff's Motion for Fees (docket number 20) is **GRANTED**. Judgment will be entered in favor of the Plaintiff in the amount of Four Thousand Twenty-Six Dollars and twenty-four cents ($4,026.24) to be paid by the Social Security Administration and costs in the amount of Four Hundred Dollars ($400.00) to be paid from the Judgment Fund administered by the Department of the Treasury.

DATED this 17th day of February, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA